JOHN-FREDERICS, INC., Appellant, et al., Plaintiffs, v. ABRAHAM & STRAUS, INC., Defendant, and NEWS SYNDICATE Co., Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *ante*, p. 693.]

THOMAS McLAUGHLIN, by EDWARD McLAUGHLIN, His Guardian ad Litem, et al., Respondents, v. ESTATE OF CHARLES ROSENBERG, INC., Appellant, et al., Defendants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *ante*, p. 697.]

NATIONAL BANK OF FAR ROCKAWAY, Appellant, v. CITY OF NEW YORK et al., Defendants, and GRINNELL COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *ante*, p. 697.]

VIOLA NICHOLAS, Appellant-Respondent, v. EDWARD NICHOLAS, Respondent-Appellant.— Motion to resettle order denied, without costs, and without prejudice to the defendant's applying at Special Term for relief upon payment of alimony and counsel fee to date. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante*, p. 748.]

PARAGON LAND CORP., Appellant, v. COUNTY OF NASSAU et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *ante*, p. 676.]

JULIA SCHMIDT et al., Respondents, v. FRANK J. WEISS et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.